The People of the State of New York, Respondent, 
against
Jareyid Alibeyah, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Diana M. Boyar, J.), rendered April 2, 2013, convicting him, upon a plea of guilty, of criminal possession of stolen property in the fifth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Diana M. Boyar, J.), rendered April 2, 2013, affirmed.
Defendant's guilty plea was knowing, intelligent and voluntary. At the plea proceeding, defendant stated that he wanted to plead guilty to criminal possession of stolen property in the fifth degree (see Penal Law § 165.40), admitted that he was, in fact, guilty of possessing property, including an iPhone and driver's license, that he did not have permission or authority from the owner to possess, and stated that he understood that by pleading guilty he was giving up his right to trial, the right to have the prosecution prove his guilt beyond a reasonable doubt, and the right to present a defense. Manifestly, this case does not involve the type of "silent record" which is insufficient to "overcome the presumption against waiver by a defendant of constitutionally guaranteed protections" (People v Tyrell,22 NY3d 359, 365 [2013], citing People v Harris, 61 NY2d 9, 17 [1983]; see People v Conceicao, 26 NY3d 375 [2015]; People v Sougou, 26 NY3d 1052 [2015]). To the contrary, the plea record, taken as a whole, amply shows that defendant intelligently and understandingly waived his constitutional rights (People v Sougou, 26 NY3d at 1055).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 16, 2016